Lewis-Gale Hospital, Inc.

v.

James M. Peters
and Sarah S. Peters

September 26, 1997

Case No. CL97-173

BY JUDGE ROBERT P. DOHERTY, JR.

This case appears on a Motion to Compel Discovery. It is an appeal *de novo* from the General District Court on an open account. The amount sued for by the hospital is $2,874.71.

Defendant seeks discovery of material dealing with the development by the Plaintiff of its regular rates and terms. In making that request, the Defendants argue that the hospital charges different rates to different people based upon their individual health insurance policies and that the Defendants should be able to prove those various rates at trial so that the Court can fix a reasonable fee schedule. The Court disagrees with the approach taken by the Defendants and denies the Motion to Compel.

The information requested by the Defendants appears as though it would cost more in terms of time, manpower, and copying expenses than the whole lawsuit is worth. The discovery request is onerous and would be nonproductive. It would not lead to admissible evidence. The issue in this case is not a judicial determination of what rates the hospital should charge but rather how much money, if any, is owed to the hospital by the Defendants at the hospital's "regular rates and terms."

Accordingly, the Defendant's Motion to Compel is denied.